**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 8A**

| | |
|---|---|
| Hinkley Lighting, Inc.<br><br><br>                    Plaintiff,<br><br>        v.<br><br>United States Of America, Et. Al.<br><br><br>                    Defendant. | Court No. 20-03117 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: 4/14/2026

s/Eric L. Zalud
_____
Signature of Plaintiff's Attorney
Eric Larson Zalud
_____
Attorney for Plaintiff
Benesch, Friedlander, Coplan & Aronoff, LLP
_____
Firm
127 Public Square, #4900
_____
Street Address
Cleveland, Ohio 44114
_____
City, State and Zip Code
216-363-4500
_____
Telephone Number
ezalud@beneschlaw.com
_____
E-mail Address
/s/Justin R. Miller (per email consent)
_____
Signature of Defendant's Attorney
Justin R. Miller
_____
Attorney for Defendant
International Trade, US Dept. of Justice
_____
Firm
25 Federal Plaza, Room 346
_____
Street Address
New York, NY 10278
_____
City, State and Zip Code
202-451-7320
_____
Telephone Number
justin.r.miller@usdoj.gov
_____
E-mail Address

Form 8A-2

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 20-998-3JP | Hinkley Lighting, Inc. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. April 1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)